**GRAYSON v. BEARDSLEY et al.**

No. 20279. Opinion Filed April 15, 1930.

W. H. Vann, for plaintiff in error.

Streeter Speakman, for defendant in error.

PER CURIAM. The case of Sally Nichols, nee Grayson, v. D. Beardsley and F. M. Coonrod, defendants in error, this day decided, presents a statement of facts, except as to parties, the same as the facts involved in this appeal. The rules announced in that case are controlling and operate to cause a dismissal of this appeal.

This appeal is therefore dismissed.

Note.—See "Appeal and Error," 3 C. J. §986, p. 1023, n. 53; 4 C. J. §2541, p. 649, n. 35.